**Order entered December 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00518-CR

**AGEAK M CHOL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-30952-T**

## ORDER

Appellant, who was convicted of indecency with a child by sexual contact, filed his brief on November 20, 2018. In the brief, he uses the name of the victim. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identify the victim and any other child under the age of eighteen either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to George R. Conkey and the Dallas County District Attorney's Office.


/s/     LANA MYERS
        JUSTICE